[No. 66914-1-I.   Division One.   September 10, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JACEK JASIONOWICZ, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 09-1-02265-2, Anita L. Farris, J., entered March 16, 2011. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Schindler and Dwyer, JJ.

[No. 67077-8-I.   Division One.   September 10, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. S.V.P., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-8-01438-3, Helen Halpert, J., entered October 8, 2010. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, A.C.J., and Schindler, J.

[No. 67150-2-I.   Division One.   September 10, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. R.E.S., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-8-02483-1, Michael J. Trickey, J., entered April 28, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Spearman, A.C.J., and Schindler, J.

[No. 67175-8-I.   Division One.   September 10, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ARISTOTLE NAPOLEON MARR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-06747-6, J. Wesley Saint Clair, J., entered May 20, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Dwyer and Lau, JJ.